THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. DONALD POUNDS and CHARLES SHUMAN, Respondents.—

970

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.